1
2
3
4
5              **IN THE UNITED STATES DISTRICT COURT**
6            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7
8   NANCY MARVIN,                          No. CIV S-09-2089-CMK
9              Plaintiff,
10        vs.                              ORDER
11  COMMISSIONER OF SOCIAL
    SECURITY,
12
             Defendant.
13
    _____/
14
15          Plaintiff, who is proceeding with retained counsel, brings this action for judicial
16  review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  The
17  parties have stipulated that the due date for plaintiff's dispositive motion be extended to February
18  7, 2010 (see Doc. 15).  Good cause appearing therefor, the extension of time is granted.
19          IT IS SO ORDERED.
20
21   DATED: January 27, 2010
22                                    _____
23                                    **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE
24
25
26

                                          1