IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MARVIN, | No. CIV S-09-2089-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Defendant seeks an extension of time (Doc. 20) to May 25, 2010, to file a response to plaintiff's dispositive motion.  Good cause appearing therefor, the request is granted.

IT IS SO ORDERED.

DATED: May 6, 2010

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1