IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MARVIN, | No. CIV S-09-2089-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |

    Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that plaintiff's dispositive motion was filed on February 8, 2010. On March 10, 2010, defendant filed a request for an extension of time to April 26, 2010, to file a response (Doc. 18). Counsel cited a heavy caseload as the basis for the request. That request was granted. On April 27, 2010, the parties submitted a stipulation further extending the time for defendant to file a response to May 25, 2010, again citing a heavy caseload (Doc. 20). On May 28, 2010, the parties submitted a second stipulated extension of time to June 10, 2010, for defendant to file a response (Doc. 22). According to defendant's counsel, additional time was

1

needed in order to evaluate whether defendant would agree to a voluntary remand. No proposed order was submitted with the second stipulation. On June 10, 2010, defendant filed a motion for a further extension of time (Doc. 23). The motion, however, appears to be a duplicate of defendant's first motion. Specifically, the June 10, 2010, motion seeks an extension to April 26, 2010, and is dated March 10, 2010. It is unclear whether the second motion was filed in error, or if the dates on the second motion are in error.

Given that defendant may be in the process of evaluating this case for a voluntary remand, the court sua sponte extends the time for defendant to file a response to plaintiff's dispositive motion. Defendant's response is due within 30 days of the date of this order. The Clerk of the Court is directed to terminate Doc. 23 as a pending motion.

IT IS SO ORDERED.

DATED: June 15, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE