IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MARVIN, | No. CIV S-09-2089-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

       Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered in favor of plaintiff on September 20, 2010. Pending before the court is the parties' stipulation for an award of fees under the Equal Access to Justice Act. Pursuant to the stipulation of the parties and subject to the terms thereof, plaintiff is awarded attorney fees in the amount of $4,252.00.

///

///

///

1

1         IT IS SO ORDERED.

3 DATED: January 7, 2011

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE